IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS BECKER and<br>DIANE BECKER-KNOX, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | Civil No. 2:08-0023<br>Judge Trauger |
| v. | )<br>) | |
| GERALD JUDD and<br>WAL-MART TRANSPORTATION, LLC, | )<br>)<br>) | |
| Defendants. | ) | |

**O R D E R**

The pretrial conference was held in this case on August 20, 2009. For the reasons expressed on the record during the conference, which are incorporated herein by reference as if set forth verbatim, the following rulings were made on various motions:

1. The defendants' Motion in Limine No. 1 (Docket No. 80) is **DENIED**.

2. The defendants' Motion in Limine No. 2 (Docket No. 82) is **DENIED**.

3. The defendants' Motion in Limine No. 3 (Docket No. 84) has been granted by a separately entered Memorandum and Order.

4. Defendants' Motion in Limine No. 4 (Docket No. 86) is **GRANTED**.

5. Defendants' Motion in Limine No. 5 is (Docket No. 88) is **GRANTED IN PART** and **DENIED IN PART**.

6. Defendants' Motion in Limine No. 6 (Docket No. 90) is **GRANTED IN PART** and **DENIED IN PART**.

7. Defendants' Motion in Limine No. 7 (Docket No. 92) is **GRANTED**.

8. Defendants' Motion in Limine No. 8 (Docket No. 94) is **GRANTED**.

9. Defendants' Motion in Limine No. 9 (Docket No. 96) is **GRANTED**.

10. Defendants' Motion in Limine No. 10 (Docket No. 98) is **GRANTED IN PART** and **DENIED IN PART**.

11. Defendants' Motion in Limine No. 11 (Docket No. 100) is **GRANTED AS TO DAMAGES ONLY**. The plaintiffs' expert witness, Dennis Crawford, will be allowed to testify as to facts concerning the accident itself.
12. Defendants' Motion in Limine No. 12 (Docket No. 102) has been ruled on in a separately entered Memorandum and Order.
13. The plaintiffs' Motion for Permission to File Late Motions in Limine (Docket No. 124) is **DENIED**.
14. The defendants' Motion to Exclude Testimony of David A. West, D.O. (Docket No. 147) is **DENIED**, conditioned upon the plaintiffs' filing of the Dr. West statement as to Diane Becker-Knox under Local Rule 39.01(c)(6)c. by 5:00 p.m. on August 21, 2009 and furnishing complete medical expense documentation to defense counsel by the same deadline.
15. The plaintiffs' Motion For Leave to Late-File The Expert Witness Statement of David West, D.O. (Docket No. 141) is **GRANTED**.
16. The defendants' Motion to Exclude Testimony of Pamela M. Auble, Ph.D. (Docket No. 149) is **DENIED**, conditioned upon the plaintiffs' filing of an edited Local Rule 39.01(c)(6)c. statement for Dr. Auble by 5:00 p.m. on August 21, 2009.
17. The defendants' Motion to Strike Plaintiffs' Trial Exhibits (Docket No. 151) is **GRANTED IN PART** and **DENIED IN PART**.

It is further **ORDERED** that, by Monday, August 24, 2009, at 12:00 noon, the parties shall fax to chambers a short, one-paragraph theory of their version of the case. It is further **ORDERED** that, by Monday, August 24, 2009, by 5:00 p.m., the parties shall file any special request instructions. It is further **ORDERED** that, by 5:00 p.m. on August 21, 2009, plaintiffs' counsel shall furnish deposition designations to defense counsel from the deposition of Dr. John Griffin.

It is so **ORDERED.**

Enter this 20th day of August 2009.

_____
ALETA A. TRAUGER
U.S. District Judge