# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS BECKER and<br>DIANE BECKER-KNOX, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | Civil No. 2:08-0023<br>Judge Trauger |
| v. | )<br>) | |
| GERALD JUDD and<br>WAL-MART TRANSPORTATION, LLC, | )<br>)<br>) | |
| Defendants. | ) | |

## **O R D E R**

The defendants' Motion to Strike Plaintiffs' Designations For the Deposition of Dr. John J. Griffin, M.D. (Docket No. 163) is **GRANTED IN PART**. It is hereby **ORDERED** that the only designations that may be read into evidence during the plaintiffs' case- in-chief are:

1. page 9, lines 1 through 13;

2. page 9, line 21 through page 10, line 13;

3. page 60, line 17 through page 64, line 16; and

4. page 65, lines 1 through 23.

The plaintiffs are entitled to make clear to the jury that Dr. Griffin was retained by the defendants, which the earlier designations serve to do. The defendants have no objections to the later designations.

It is so **ORDERED.**

Enter this 24th day of August 2009.

_____
ALETA A. TRAUGER
U.S. District Judge