**Motion GRANTED**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| **DOUGLAS BECKER AND DIANE BECKER-KNOX,** ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No: 2:08-0023 |
| ) | JUDGE TRAUGER |
| **GERALD JUDD and WAL-MART TRANSPORTATION, LLC,** ) ) ) | MAGISTRATE JUDGE GRIFFIN |
| Defendants. ) ) | |

## MOTION TO PAY JUDGMENT INTO COURT

Defendants Gerald Judd and Wal-Mart Transportation, LLC respectfully move the Court to allow the Defendants to pay all damages awarded to the Plaintiffs into the Court. Given the ongoing dispute between Plaintiffs' attorneys and the liens previously filed, the Defendants believe it is advisable that the Court properly disburse the funds to the Plaintiffs.

Respectfully submitted,

/s/ Samuel T. Bowman
Scott D. Carey, B.P.R. No. 015406
Samuel T. Bowman, B.P.R. No. 020657
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Commerce Center, Suite 1000
211 Commerce Street
Nashville, TN 37201
(615) 726-5600
scarey@bakerdonelson.com
sbowman@bakerdonelson.com